### KOMATSU LTD., Appellant

v.

### The AMERICAN TORCH TIP CO., Appellee

2017-1696

United States Court of Appeals, Federal Circuit.

February 8, 2018

DAVID TARNOFF, Global IP Counselors LLP, Washington, DC, argued for appellant. Also represented by MICHAEL THOMAS MURPHY, SUZANNE KONRAD.

MARK FERANDO RUBIO, American Torch Tip, Co., Bradenton, FL, argued for appellee. Also represented by SERGEY VERNYUK, Emerson Thomson Bennett, Akron, OH.

(Reyna, Taranto, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**